UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAKHTANG GOGOTISHVILI,<br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and JPMORGAN CHASE BANK, N.A.;<br>    Defendants. | CASE NO. 1:19-cv-06507-JPO<br>  ECF Case<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Vakhtang Gogtishvili, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC Only, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Vakhtang Gogtishvili against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Vakhtang Gogtishvili and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: December 2, 2019

_____
J. PAUL OETKEN
United States District Judge

DISTRIBUTION TO:

| | |
|---|---|
| Edward Y. Kroub, Esq.<br>edward@cml.legal | Jonathan Daniel Klein, Esq.<br>jklein@clarkhill.com |
| Tyler J. Kandel, Esq.<br>tkandel@sillscummis.com | Boris Brownstein, Esq.<br>bbrownstein@clarkhill.com |
| Lauren Christina Watson, Esq.<br>lwatson@sillscummis.com | Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com |